# United States District Court

## Northern District Of Texas
### 1100 COMMERCE, ROOM 1572
### DALLAS, TEXAS 75242

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

August 30, 2007

RECEIVED 2007 SEP -5 A 11: 07 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Sir or Madam:

In response to the letter dated August 16, 2007 from Ortrie D. Smith, Chair of the Committee on Financial Disclosure, I am providing below the additional information requested.

In Part VII, page 7, line 42, I have added the word "None" in B(2).

In Part VII, page 16, line 188, I have added income code "A" in column B(1).

In Part VII, page 17, line 207, I have deleted the value code in C(1), as all assets were disposed of during the reporting period.

In Part VII, page 20, line 271, I have deleted this entry as this asset was disposed of in 2005 and was inadvertently left on report for calendar year 2006. Asset was properly listed on my Financial Disclosure Report for the reporting period January 1, 2005 through December 31, 2005.

I have enclosed an original, along with three copies of pages 7, 16, 17 and 20 (along with pages 21-25 due to the pagination changes) of my Financial Disclosure Report for the Calendar Year 2006. Please let me know if any additional information is needed.

Very truly yours,



Judge Barbara M. G. Lynn

BMGL/jlf
Enclosures

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -GECC 9/29/2006 | | | | | Redemption | 9/29 | O | B | |
| 36.    -GECC 10/5/2006 | | None | | | Buy | 7/31 | P1 | | |
| 37.    -GECC 10/5/2006 | | | | | Redemption | 10/5 | P1 | E | |
| 38.    -Daimler Chrysler 10/26/2006 | | None | | | Buy | 8/22 | P1 | | |
| 39.    -Daimler Chrysler 10/26/2006 | | | | | Redemption | 10/26 | P1 | D | |
| 40.    -Daimler Chrysler 1/5/2007 | | None | M | T | Buy | 10/3 | M | | |
| 41.    -Daimler Chrysler 1/12/2007 | | None | P1 | T | Buy | 10/10 | P1 | | |
| 42.    -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | K | | |
| 43.    -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | K | A | |
| 44.    -Daimler Chrysler 2/2/2007 | | None | P1 | T | Buy | 10/31 | P1 | | |
| 45.    -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 46.    Charles Schwab Brokerage Account #2 (includes 47-97) | | | | | | | | | |
| 47.    -Schwab Tax Exempt Money Market | D | Dividend | J | T | | | | | |
| 48.    -Scudder Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 49.    -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 50.    -Pimco Foreign Bond Mutual Fund | A | Dividend | | | Sell | 4/27 | K | A | |
| 51.    -DFA US 6-10 Value Mutual Fund | A | Dividend | | | Sell | 4/28 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Pioneer Natural Resources | A | Royalty | J | W | | | | | |
| 189.  -Profunds US Govt | A | Dividend | | | Sell | 4/27 | K | | |
| 190.  -Cohen & Steers Realty | A | Dividend | | | Sell | 5/3 | L | E | |
| 191.  -Daimler Chrysler 9/1/2006 | | None | | | Buy | 5/30 | O | | |
| 192.  -Daimler Chrysler 9/1/2006 | | | | | Redemption | 9/1 | O | D | |
| 193.  -China Trust Bank 7/31/2006 | | None | | | Buy | 6/27 | K | | |
| 194.  -China Trust Bank 7/31/2006 | | | | | Redemption | 7/31 | K | A | |
| 195.  -Daimler Chrysler 12/15/2006 | | None | | | Buy | 9/8 | O | | |
| 196.  -Daimler Chrysler 12/15/2006 | | | | | Redemption | 12/15 | O | D | |
| 197.  -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |
| 198.  -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 199.  Trust #3 (includes 200-217) | | | | | | | | | |
| 200.  -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 201.  -Vanguard Bond Index Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 202.  -Vanguard Intermediate Treasury Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 203.  -Harbor International Mutual Fund | A | Dividend | K | T | | | | | |
| 204.  -Pimco Total Return | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -DFA US Micro Cap Fund | A | Dividend | J | T | | | | | |
| 206.  -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 207.  -Cohen & Steers Realty | A | Dividend | | | Sell | 10/18 | J | B | |
| 208.  -Goldman Sachs Software | | None | | | Sell | 3/16 | J | B | |
| 209.  -Independent Bank 10/25/2006 | | None | | | Buy | 8/25 | J | | |
| 210.  -Independent Bank 10/25/2006 | | | | | Redemption | 10/25 | J | A | |
| 211.  -University National 11/30/2006 | | None | | | Buy | 8/25 | K | | |
| 212.  -University National 11/30/2006 | | | | | Redemption | 11/30 | K | A | |
| 213.  -Washington Mutual 10/19/2006 | | None | | | Buy | 8/29 | J | | |
| 214.  -Washington Mutual 10/19/2006 | | | | | Redemption | 10/19 | J | A | |
| 215.  -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |
| 216.  -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 217.  -Daimler Chrysler 2/2/2007 | | None | K | T | Buy | 10/31 | K | | |
| 218.  Trust #4 (ncludes 219-250) | | | | | | | | | |
| 219.  -Schwab Money Market Fund | B | Dividend | K | T | | | | | |
| 220.  -Vanguard Bond Index Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 221.  -Vanguard Intermediate Treasury Mutual | A | Dividend | | | Sell | 5/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. -Profunds US Govt | A | Dividend | | | Sell | 4/26 | J | | |
| 256. -Stearns Bank 8/22/2006 | | None | | | Buy | 5/15 | L | | |
| 257. -Sterns Bank 8/22/2006 | | | | | Redemption | 8/22 | L | A | |
| 258. -Washington Mutual 10/19/2006 | | None | | | Buy | 8/29 | K | | |
| 259. -Washington Mutual 10/19/2006 | | | | | Redemption | 10/19 | K | A | |
| 260. -Lone Star Bank 11/15/2006 | | None | | | Buy | 9/8 | K | | |
| 261. -Lone Star Bank 11/15/2006 | | | | | Redemption | 11/15 | K | A | |
| 262. -Daimler Chrysler 2/2/2007 | | None | K | T | Buy | 10/31 | K | | |
| 263. -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 264. Charles Schwab IRA Rollover #2 (includes 265-290) | | | | | | | | | |
| 265. -Schwab Money Market Fund | C | Dividend | K | T | | | | | |
| 266. -Pimco Total Return Mutual Fund | C | Dividend | | | Sell | 4/26 | N | | |
| 267. -Pimco Foreign Bond Mutual Fund | B | Dividend | | | Sell | 4/26 | M | | |
| 268. -Gateway Mutual Fund | | None | | | Sell | 2/17 | M | E | |
| 269. -Harbor Capital Appreciation Mutual Fund | | None | | | Sell | 4/26 | K | | |
| 270. -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/26 | L | E | |
| 271. -Profunds Ultra Energy | | None | | | Sell | 4/25 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. -Dow Jones Transportation Index | A | Dividend | | | Buy | 2/16 | L | | |
| 273. -Dow Jones Transportation Index | | | | | Sell | 4/26 | L | D | |
| 274. -Ishares S Africa Index | | None | | | Buy | 2/23 | L | | |
| 275. -Ishares S Africa Index | | | | | Sell | 6/1 | L | | |
| 276. -Daimler Chrysler 7/5/2006 | | None | | | Buy | 5/30 | O | | |
| 277. -Daimler Chrysler 7/5/2006 | | | | | Redemption | 7/5 | O | C | |
| 278. -GECC 7/18/2006 | | None | | | Buy | 6/15 | M | | |
| 279. -GECC 7/18/2006 | | | | | Redemption | 7/18 | M | A | |
| 280. -GECC 9/7/2006 | | None | | | Buy | 7/6 | O | | |
| 281. -GECC 9/7/2006 | | | | | Redemption | 9/7 | O | D | |
| 282. -American Express 9/28/2006 | | None | | | Buy | 7/21 | M | | |
| 283. -American Express 9/28/2006 | | | | | Redemption | 9/28 | M | B | |
| 284. -Daimler Chrysler 11/16/2006 | | None | | | Buy | 9/8 | O | | |
| 285. -Daimler Chrysler 11/16/2006 | | | | | Redemption | 11/16 | O | D | |
| 286. -Daimler Chrysler 1/5/2007 | | None | M | T | Buy | 9/29 | M | | |
| 287. -Daimler Chrysler 2/23/2007 | | None | O | T | Buy | 11/21 | O | | |
| 288. -Bldrs Emerging Mkts | A | Dividend | | | Buy | 2/22 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289.  -Bldrs Emerging Mkts | | | | | Sell | 6/9 | L | | |
| 290.  Charles Schwab IRA #2 (includes 292-305) | | | | | | | | | |
| 291.  -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 292.  -Pimco Total Return Fund | A | Dividend | | | Sell | 4/26 | J | | |
| 293.  -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/26 | K | | |
| 294.  -Gateway Mutual Fund | | None | | | Sell | 2/17 | J | A | |
| 295.  -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/26 | J | B | |
| 296.  -Meridian Value | | None | | | Sell | 4/26 | J | A | |
| 297.  -Profunds US Govt | A | Dividend | | | Sell | 4/26 | K | | |
| 298.  -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 299.  -Capital Crossing 8/17/2006 | | None | | | Buy | 5/15 | L | | |
| 300.  -Capital Crossing 8/17/2006 | | | | | Redemption | 8/17 | L | B | |
| 301.  -Prosperity Bank 9/25/2006 | | None | | | Buy | 8/25 | L | | |
| 302.  -Prosperity Bank 9/25/2006 | | | | | Redemption | 9/25 | L | A | |
| 303.  -Seattle Savings 2/12/2007 | A | Dividend | K | T | Buy | 9/29 | K | | |
| 304.  -Western Bank 4/4/2007 | | None | K | T | Buy | 9/29 | K | | |
| 305.  401k-Fidelity (previously Transamerica) | | None | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 307. JP Morgan Chase (formerly Bank One) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M | U.S.D.C.-No. District of Texas | 06/20/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Federal Judge | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1100 Commerce St., Room 1572<br>Dallas, TX 75242 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. Board Member, President-Elect | International Womens Forum - Dallas |
| 3. Executive Committee | Patrick Higginbotham Inn of Court |
| 4. Trustee | The Center for American and International Law |
| 5. Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 6. Chair-Elect | Federal Trial Judges Conference, Judicial Division of the American Bar Association |
| 7. Vice-Chair | Judicial Division of the American Bar Association |
| 8. Co-Chair, Judiciary Committee | American College of Trial Lawyers |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE
2007 JUN 25 A 11: 09
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA | Amelia Island, FL, January 19-22, ABA Litigation Section Winter Meeting (meals, hotel, transportation) |
| 2. | ABA | Chicago, IL, February 9-12, ABA Midyear Meeting (meals, hotel, transportation) |
| 3. | University of Virginia School of Law | Charlottesville, VA, February 24-25, William Minor Lile Moot Court Competition (meals, hotel, transportation) |
| 4. | ABA | Los Angeles, CA, April 19-22, ABA Litigation Section Annual Meeting (meals, hotel, transportation) |

5.  ABA — Washington, DC, May 1-3, ABA SCFJI Meeting (meals, hotel, transportation)

6.  ABA — Rapid City, SD, May 18-21, ABA Judicial Division Meeting (hotel, meals, transportation)

7.  American Society of Trial Consultants — Austin, TX, June 15-17, State Bar Annual Meeting (hotel, meals, transportation)

8.  ABA — Napa Valley, CA, June 21-25, ABA Litigation Section Spring Leadership Meeting (hotel, meals, transportation)

9.  ABA — Honolulu, HI, August 3-7, ABA Annual Meeting (hotel, meals, transportation)

10. ABA — Dallas, TX, October 26-27, National Symposium on American Jury System (meals)

11. ACTL — Colorado Springs, CO, November 3-5, ACTL Western Workshop (hotel, meals, transportation)

12. American Law Institute — Washington, DC, December 6-7, ALI-ABA Program (hotel, meals, transportation)

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Brokerage Account #1 (includes 2-45) | | | | | | | | | |
| 2. -Schwab Tax Exempt Money Market Fund | D | Dividend | J | T | | | | | |
| 3. -Scudder Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 4. -Vanguard Intermediate Term Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 5. -Pimco Foreign Bond Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 6. -DFA US 6-10 Value Mutual Fund | A | Dividend | | | Sell | 4/28 | K | E | |
| 7. -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/27 | L | B | |
| 8. -Gateway Mutual Fund | | None | | | Sell | 4/28 | L | E | |
| 9. -Harbor Capital Appreciation Mutual Fund | | None | | | Sell | 4/27 | K | | |
| 10. -Janus Balanced Mutual Fund | A | Dividend | | | Sell | 4/27 | K | B | |
| 11. -Vanguard Index Trust Mutual Fund | A | Dividend | | | Sell | 4/28 | K | | |
| 12. -Tweedy Browne Global Value Mutual Fund | A | Dividend | | | Sell | 6/9 | L | E | |
| 13. -Mosaic Investors | | None | | | Sell | 4/27 | M | | |
| 14. -Royce Low Priced Stock | | None | | | Sell | 4/28 | M | E | |
| 15. -Goldman Sachs Natural Resources | A | Dividend | | | Sell | 5/18 | N | E | |
| 16. -Goldman Sachs Software | | None | | | Sell | 3/13 | K | D | |
| 17. -Cohen & Steers Realty | B | Dividend | | | Sell | 5/3 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Pimco Commodity Fund | | None | | | Sell | 2/16 | M | | |
| 19.  -Russell 2000 Index | A | Dividend | | | Sell | 5/18 | M | D | |
| 20.  -Ishares Latin America | | None | | | Sell | 6/9 | N | G | |
| 21.  -MSCI Brazil Index | | None | | | Sell | 6/1 | N | F | |
| 22.  -Goldman Sachs Semiconductor | | None | | | Buy | 1/17 | N | | |
| 23.  -Goldman Sachs Semiconductor | | | | | Sell | 5/15 | N | | |
| 24.  -Bldrs Emerging Mkts | A | Dividend | | | Buy | 2/22 | M | | |
| 25.  -Bldrs Emerging Mkts | | | | | Sell | 6/9 | L | | |
| 26.  -Ishares S Africa Index | | None | | | Buy | 2/23 | M | | |
| 27.  -Ishares S Africa Index | | | | | Sell | 6/1 | L | | |
| 28.  -Daimler Chrysler 7/27/2006 | | None | | | Buy | 5/24 | P1 | | |
| 29.  -Daimler Chrysler 7/27/2006 | | | | | Redemption | 7/27 | P1 | E | |
| 30.  -Daimler Chrysler 8/4/2006 | | None | | | Buy | 5/30 | N | | |
| 31.  -Daimler Chrysler 8/4/2006 | | | | | Redemption | 8/4 | N | C | |
| 32.  -Daimler Chrysler 8/17/2006 | | None | | | Buy | 6/13 | O | | |
| 33.  -Daimler Chrysler 8/17/2006 | | | | | Redemption | 8/17 | O | D | |
| 34.  -GECC 9/29/2006 | | None | | | Buy | 6/27 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GECC 9/29/2006 | | | | | Redemption | 9/29 | O | B | |
| 36. -GECC 10/5/2006 | | None | | | Buy | 7/31 | P1 | | |
| 37. -GECC 10/5/2006 | | | | | Redemption | 10/5 | P1 | E | |
| 38. -Daimler Chrysler 10/26/2006 | | None | | | Buy | 8/22 | P1 | | |
| 39. -Daimler Chrysler 10/26/2006 | | | | | Redemption | 10/26 | P1 | D | |
| 40. -Daimler Chrysler 1/5/2007 | | None | M | T | Buy | 10/3 | M | | |
| 41. -Daimler Chrysler 1/12/2007 | | None | P1 | T | Buy | 10/10 | P1 | | |
| 42. -Daimler Chrysler 11/15/2006 | | | | | Buy | 10/12 | K | | |
| 43. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | K | A | |
| 44. -Daimler Chrysler 2/2/2007 | | None | P1 | T | Buy | 10/31 | P1 | | |
| 45. -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 46. Charles Schwab Brokerage Account #2 (includes 47-97) | | | | | | | | | |
| 47. -Schwab Tax Exempt Money Market | D | Dividend | J | T | | | | | |
| 48. -Scudder Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 49. -Vanguard Intermediate Municipal Bond Mutual Fund | C | Dividend | | | Sell | 4/27 | N | | |
| 50. -Pimco Foreign Bond Mutual Fund | A | Dividend | | | Sell | 4/27 | K | A | |
| 51. -DFA US 6-10 Value Mutual Fund | A | Dividend | | | Sell | 4/28 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/27 | K | D | |
| 53. -Gateway Mutual Fund | | None | | | Sell | 4/28 | M | E | |
| 54. -Harbor Capital Appreciation Mutual Fund | | None | | | Sell | 4/27 | K | | |
| 55. -Janus Balanced Mutual Fund | A | Dividend | | | Sell | 4/27 | K | B | |
| 56. -Vanguard Index Trust Mutual Fund | A | Dividend | | | Sell | 4/28 | K | | |
| 57. -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 6/9 | M | E | |
| 58. -Mosaic Investors | | None | | | Sell | 4/27 | M | | |
| 59. -Royce Low Priced Stock | | None | | | Sell | 4/28 | M | E | |
| 60. -Cohen & Steers Realty | A | Dividend | | | Sell | 5/3 | M | E | |
| 61. -Goldman Sachs Software | | None | | | Sell | 3/13 | K | D | |
| 62. -Pimco Commodity | | None | | | Sell | 2/16 | M | | |
| 63. -Dow Jones Utility | | None | | | Sell | 3/13 | N | E | |
| 64. -Rydex S&P 500 | A | Dividend | | | Sell | 5/18 | M | E | |
| 65. -S&P Smallcap 600 | A | Dividend | | | Sell | 5/18 | M | E | |
| 66. -Ishares Emerging Mkts | | None | | | Sell | 6/9 | M | F | |
| 67. -Ishares Global Energy | | None | | | Sell | 6/9 | N | E | |
| 68. -MSCI Brazil Index | | None | | | Sell | 6/1 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares EAFE Index | | None | | | Buy | 1/18 | N | | |
| 70. -Ishares EAFE Index | | | | | Sell | 6/9 | N | D | |
| 71. -Bldrs Emerging Mkts | A | Dividend | | | Buy | 2/22 | M | | |
| 72. -Bldrs Emerging Mkts | | | | | Sell | 6/9 | L | | |
| 73. -Ishares S Africa Index | | None | | | Buy | 2/23 | M | | |
| 74. -Ishares S Africa Index | | | | | Sell | 6/1 | L | | |
| 75. -Goldman Sachs Networking | | None | | | Buy | 3/8 | M | | |
| 76. -Goldman Sachs Networking | | | | | Sell | 4/28 | M | | |
| 77. -Daimler Chrysler 8/25/2006 | | None | | | Buy | 5/24 | P1 | | |
| 78. -Daimler Chrysler 8/25/2006 | | | | | Redemption | 8/25 | P1 | E | |
| 79. -Daimler Chrysler 8/4/2006 | | None | | | Buy | 5/30 | N | | |
| 80. -Daimler Chrysler 8/4/2006 | | | | | Redemption | 8/4 | N | B | |
| 81. -Daimler Chrysler 8/17/2006 | | None | | | Buy | 6/15 | O | | |
| 82. -Daimler Chrysler 8/17/2006 | | | | | Redemption | 8/17 | O | D | |
| 83. -GECC 9/15/2006 | | None | | | Buy | 6/15 | O | | |
| 84. -GECC 9/15/2006 | | | | | Redemption | 9/15 | O | D | |
| 85. -GECC 9/29/2006 | | None | | | Buy | 6/27 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -GECC 9/29/2006 | | | | | Redemption | 9/29 | L | B | |
| 87.  -GECC 11/17/2006 | | None | | | Buy | 8/16 | N | | |
| 88.  -GECC 11/17/2006 | | | | | Redemption | 11/17 | N | C | |
| 89.  -GECC 11/27/2006 | | None | | | Buy | 8/22 | O | | |
| 90.  -GECC 11/27/2006 | | | | | Redemption | 11/27 | O | D | |
| 91.  -Daimler Chrysler 12/1/2006 | | None | | | Buy | 8/29 | P1 | | |
| 92.  -Daimler Chrysler 12/1/2006 | | | | | Redemption | 12/1 | P1 | E | |
| 93.  -GECC 3/23/2007 | | None | O | T | Buy | 9/20 | O | | |
| 94.  -Daimler Chrysler 1/5/2007 | | None | O | T | Buy | 10/3 | O | | |
| 95.  -Daimler Chrysler 2/23/2007 | | None | N | T | Buy | 11/21 | N | | |
| 96.  -Daimler Chrysler 2/1/2007 | | None | O | T | Buy | 11/28 | O | | |
| 97.  -Daimler Chrysler 3/9/2007 | | None | P1 | T | Buy | 12/6 | P1 | | |
| 98.  Charles Schwab Brokerage Account #3 (includes 99-106) | | | | | | | | | |
| 99.  -Schwab Tax Exempt Money Market | B | Dividend | J | T | | | | | |
| 100.  -MSCI Austria Index | | None | | | Sell | 6/9 | M | E | |
| 101.  -American Express 7/18/2006 | | None | | | Buy | 6/15 | L | | |
| 102.  -American Express 7/12/2006 | | | | | Redemption | 7/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -American Express 9/28/2006 | | None | | | Buy | 7/21 | M | | |
| 104. -American Express 9/28/2006 | | | | | Redemption | 9/28 | M | B | |
| 105. -Daimler Chrysler 1/5/2007 | | None | M | T | Buy | 9/29 | M | | |
| 106. -Daimler Chrysler 2/2/2006 | | None | L | T | Buy | 10/31 | L | | |
| 107. Charles Schwab Brokerage Account #4 (include 108) | | | | | | | | | |
| 108. -Schwab Money Market | A | Dividend | K | T | | | | | |
| 109. Charles Schwab IRA Rollover #1 (includes 110-138) | | | | | | | | | |
| 110. -Schwab Money Market | D | Dividend | J | T | | | | | |
| 111. -Meridian Value | | None | | | Sell | 4/26 | M | E | |
| 112. -TCW Galileo Value | | None | | | Sell | 4/26 | N | F | |
| 113. -Thompson Plumb Growth | | None | | | Sell | 4/26 | M | E | |
| 114. -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 115. -Goldman Sachs Software | | None | | | Sell | 3/13 | L | B | |
| 116. -Profunds Ultra Energy | | None | | | Sell | 4/26 | M | E | |
| 117. -Ishares Global Energy | | None | | | Sell | 6/9 | M | C | |
| 118. -Ishares Emerging Markets | C | Dividend | | | Sell | 6/9 | N | E | |
| 119. -Dow Jones Transportation Index | A | Dividend | | | Buy | 2/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Dow Jones Transportation Index | | | | | Sell | 4/26 | M | D | |
| 121.  -Daimler Chrysler 6/27/2006 | | None | | | Buy | 5/24 | O | | |
| 122.  -Daimler Chrysler 6/27/2006 | | | | | Redemption | 6/27 | O | C | |
| 123.  -University National 9/7/2006 | | None | | | Buy | 5/30 | L | | |
| 124.  -University National 9/7/2006 | | | | | Redemption | 9/7 | L | A | |
| 125.  -Daimler Chrysler 8/17/2006 | | None | | | Buy | 6/13 | N | | |
| 126.  -Daimler Chrysler 8/17/2006 | | | | | Redemption | 8/17 | N | C | |
| 127.  -China Trust Bank 7/31/2006 | | None | | | Buy | 6/27 | K | | |
| 128.  -China Trust Bank 7/31/2006 | | | | | Redemption | 7/31 | K | A | |
| 129.  -GECC 9/29/2006 | | None | | | Buy | 6/29 | O | | |
| 130.  -GECC 9/29/2006 | | | | | Redemption | 9/29 | O | E | |
| 131.  -GECC 11/27/2006 | | None | | | Buy | 8/22 | O | | |
| 132.  -GECC 11/27/2006 | | | | | Redemption | 11/27 | O | D | |
| 133.  -Riverside Bank 3/27/2007 | | None | L | T | Buy | 9/20 | L | | |
| 134.  US Treasury 1/15/2007 | | None | O | T | Buy | 10/2 | O | | |
| 135.  -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | K | | |
| 136.  -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 138. -Daimler Chrysler 2/1/2007 | | None | O | T | Buy | 11/28 | O | | |
| 139. Charles Schwab IRA #1 (includes 140-154) | | | | | | | | | |
| 140. -Schwab Money Market | A | Dividend | J | T | | | | | |
| 141. -Pimco Total Return Mutual Fund | A | Dividend | | | Sell | 4/26 | J | | |
| 142. -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/26 | K | | |
| 143. -Gateway Mutual Fund | | None | | | Sell | 2/17 | J | B | |
| 144. -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/26 | J | B | |
| 145. -Meridian Value | | None | | | Sell | 4/26 | J | A | |
| 146. -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 147. -Profunds US Govt | A | Dividend | | | Sell | 4/26 | K | | |
| 148. -Bank of Elk River 6/26/2006 | | None | | | Buy | 5/15 | L | | |
| 149. -Bank of Elk River 6/26/2006 | | | | | Redemption | 6/26 | L | A | |
| 150. -China Trust Bank 7/31/2006 | | None | | | Buy | 6/27 | L | | |
| 151. -China Trust Bank 7/31/2006 | | | | | Redemption | 7/31 | L | A | |
| 152. -Independent Bank 10/25/2006 | | None | | | Buy | 8/16 | L | | |
| 153. -Independent Bank 10/25/2006 | | | | | Redemption | 10/25 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Daimler Chrysler 2/2/2007 | | None | L | T | Buy | 10/31 | L | | |
| 155. Trust #1 (includes 156-172) | | | | | | | | | |
| 156. -Schwab Tax Exempt Money Market | B | Dividend | J | T | | | | | |
| 157. -Vanguard Intermediate Municipal Bond Mutual Fund | A | Dividend | | | Sell | 4/27 | L | | |
| 158. -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/27 | K | | |
| 159. -Gateway Mutual Fund | | None | | | Sell | 4/28 | L | E | |
| 160. -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/27 | J | B | |
| 161. -P&P Property 88 | A | Distribution | J | W | | | | | |
| 162. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 163. -Pioneer Natural Resources | | None | J | W | | | | | |
| 164. -Dow Jones Transportation Index | A | Dividend | | | Buy | 2/16 | L | | |
| 165. -Dow Jones Transportation Index | | | | | Sell | 4/28 | M | D | |
| 166. -Daimler Chrysler 8/4/2006 | | None | | | Buy | 5/30 | N | | |
| 167. -Daimler Chryser 8/4/2006 | | | | | Redemption | 8/4 | N | B | |
| 168. -Daimler Chrysler 11/17/2006 | | None | | | Buy | 8/16 | N | | |
| 169. -Daimler Chrysler 11/17/2006 | | | | | Redemption | 11/17 | N | C | |
| 170. -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 172. -Daimler Chrysler 2/23/2007 | | None | N | T | Buy | 11/21 | N | | |
| 173. Trust #2 (includes 174-198) | | | | | | | | | |
| 174. -Schwab Tax Exempt Money Market | B | Dividend | O | T | | | | | |
| 175. -Pimco Total Return Mutual Fund | A | Dividend | | | Sell | 4/27 | L | A | |
| 176. -Vanguard Intermediate Municipal Bond Mutual Fund | A | Dividend | | | Sell | 4/27 | L | | |
| 177. -Pimco Foreign Bond Mutual Fund | A | Dividend | | | Sell | 4/27 | K | A | |
| 178. -DFA US 6-10 Value Mutual Fund | A | Dividend | | | Sell | 4/28 | J | D | |
| 179. -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/27 | J | B | |
| 180. -Gateway Mutual Fund | | None | | | Sell | 4/28 | M | E | |
| 181. -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 6/9 | K | D | |
| 182. -Meridian Value | | None | | | Sell | 4/27 | J | A | |
| 183. -TCW Galileo Value | | None | | | Sell | 4/27 | J | B | |
| 184. -Thompson Plumb Growth | | None | | | Sell | 4/27 | J | | |
| 185. -P&P Property 88 | A | Distribution | J | W | | | | | |
| 186. -PLM Equipment Growth Fund | A | Distribution | J | W | | | | | |
| 187. -Royce Low Priced Stock | | None | | | Sell | 4/28 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Pioneer Natural Resources | | Royalty | J | W | | | | | |
| 189. -Profunds US Govt | A | Dividend | | | Sell | 4/27 | K | | |
| 190. -Cohen & Steers Realty | A | Dividend | | | Sell | 5/3 | L | E | |
| 191. -Daimler Chrysler 9/1/2006 | | None | | | Buy | 5/30 | O | | |
| 192. -Daimler Chrysler 9/1/2006 | | | | | Redemption | 9/1 | O | D | |
| 193. -China Trust Bank 7/31/2006 | | None | | | Buy | 6/27 | K | | |
| 194. -China Trust Bank 7/31/2006 | | | | | Redemption | 7/31 | K | A | |
| 195. -Daimler Chrysler 12/15/2006 | | None | | | Buy | 9/8 | O | | |
| 196. -Daimler Chrysler 12/15/2006 | | | | | Redemption | 12/15 | O | D | |
| 197. -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |
| 198. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 199. Trust #3 (includes 200-217) | | | | | | | | | |
| 200. -Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 201. -Vanguard Bond Index Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 202. -Vanguard Intermediate Treasury Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 203. -Harbor International Mutual Fund | A | Dividend | K | T | | | | | |
| 204. -Pimco Total Return | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -DFA US Micro Cap Fund | A | Dividend | J | T | | | | | |
| 206. -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 207. -Cohen & Steers Realty | A | Dividend | J | | Sell | 10/18 | J | B | |
| 208. -Goldman Sachs Software | | None | | | Sell | 3/16 | J | B | |
| 209. -Independent Bank 10/25/2006 | | None | | | Buy | 8/25 | J | | |
| 210. -Independent Bank 10/25/2006 | | | | | Redemption | 10/25 | J | A | |
| 211. -University National 11/30/2006 | | None | | | Buy | 8/25 | K | | |
| 212. -University National 11/30/2006 | | | | | Redemption | 11/30 | K | A | |
| 213. -Washington Mutual 10/19/2006 | | None | | | Buy | 8/29 | J | | |
| 214. -Washington Mutual 10/19/2006 | | | | | Redemption | 10/19 | J | A | |
| 215. -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |
| 216. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 217. -Daimler Chrysler 2/2/2007 | | None | K | T | Buy | 10/31 | K | | |
| 218. Trust #4 (ncludes 219-250) | | | | | | | | | |
| 219. -Schwab Money Market Fund | B | Dividend | K | T | | | | | |
| 220. -Vanguard Bond Index Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | |
| 221. -Vanguard Intermediate Treasury Mutual | A | Dividend | | | Sell | 5/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fund | | | | | | | | | |
| 222. -Harbor International Mutual Fund | A | Dividend | K | T | | | | | |
| 223. -Pimco Total Return | A | Dividend | J | T | | | | | |
| 224. -DFA US Micro Cap | A | Dividend | J | T | | | | | |
| 225. -Pimco Commodity Fund | | None | | | Sell | 2/16 | J | | |
| 226. -Cohen & Steers Realty | A | Dividend | | | Sell | 5/3 | J | B | |
| 227. -Goldman Sachs Natural Resources | A | Dividend | | | Sell | 9/12 | J | B | |
| 228. -Ishares Emerging Markets | | None | | | Sell | 6/13 | J | A | |
| 229. -Ishares Global Energy | | None | | | Sell | 9/12 | K | A | |
| 230. -MSCI Brazil Index | | None | | | Sell | 6/1 | K | B | |
| 231. -Goldman Sachs Software | | None | | | Sell | 3/13 | J | B | |
| 232. -Oppenheimer Real Estate | | None | | | Sell | 2/16 | K | A | |
| 233. -Goldman Sachs Semiconductor | | None | | | Buy | 1/17 | J | | |
| 234. -Goldman Sachs Semiconductor | | | | | Sell | 6/13 | J | | |
| 235. -Ishares EAFE Index | A | Dividend | J | T | Buy | 1/18 | J | | |
| 236. -Dow Jones Transportation Index | A | Dividend | | | Buy | 2/17 | J | | |
| 237. -Dow Jones Transportation Index | | | | | Sell | 8/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. -Daimler Chrysler 11/27/2006 | | None | | | Buy | 8/24 | L | | |
| 239. -Daimler Chrysler 11/27/2006 | | | | | Redemption | 11/27 | L | B | |
| 240. -University Natioanl 11/30/2006 | | None | | | Buy | 8/25 | K | | |
| 241. -University National 11/30/2006 | | | | | Redemption | 11/30 | K | A | |
| 242. -Washington Mutual 10/19/2006 | | None | | | Buy | 8/29 | J | | |
| 243. -Washington Mutual 10/19/2006 | | | | | Redemption | 10/19 | J | A | |
| 244. -Prosperity Bank 11/20/2006 | | None | | | Buy | 9/13 | K | | |
| 245. -Prosperity Bank 11/20/2006 | | | | | Redemption | 11/20 | K | A | |
| 246. -Daimler Chrysler 11/15/2006 | | None | | | Buy | 10/12 | J | | |
| 247. -Daimler Chrysler 11/15/2006 | | | | | Redemption | 11/15 | J | A | |
| 248. -Daimler Chrylser 2/2/2007 | | None | J | T | Buy | 10/31 | J | | |
| 249. -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 250. -Daimler Chrysler 2/1/2007 | | None | L | T | Buy | 11/28 | L | | |
| 251. Charles Schwab SEP-IRA #1 (includes 252-263) | | | | | | | | | |
| 252. -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 253. -Gateway Mutual Fund | | None | | | Sell | 2/17 | L | D | |
| 254. -Harbor Capital Appreciation Mutual Fund | | None | | | Sell | 4/26 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255.  -Profunds US Govt | A | Dividend | | | Sell | 4/26 | J | | |
| 256.  -Stearns Bank 8/22/2006 | | None | | | Buy | 5/15 | L | | |
| 257.  -Sterns Bank 8/22/2006 | | | | | Redemption | 8/22 | L | A | |
| 258.  -Washington Mutual 10/19/2006 | | None | | | Buy | 8/29 | K | | |
| 259.  -Washington Mutual 10/19/2006 | | | | | Redemption | 10/19 | K | A | |
| 260.  -Lone Star Bank 11/15/2006 | | None | | | Buy | 9/8 | K | | |
| 261.  -Lone Star Bank 11/15/2006 | | | | | Redemption | 11/15 | K | A | |
| 262.  -Daimler Chrysler 2/2/2007 | | None | K | T | Buy | 10/31 | K | | |
| 263.  -Daimler Chrysler 2/23/2007 | | None | K | T | Buy | 11/21 | K | | |
| 264.  Charles Schwab IRA Rollover #2 (includes 265-290) | | | | | | | | | |
| 265.  -Schwab Money Market Fund | C | Dividend | K | T | | | | | |
| 266.  -Pimco Total Return Mutual Fund | C | Dividend | | | Sell | 4/26 | N | | |
| 267.  -Pimco Foreign Bond Mutual Fund | B | Dividend | | | Sell | 4/26 | M | | |
| 268.  -Gateway Mutual Fund | | None | | | Sell | 2/17 | M | E | |
| 269.  -Harbor Capital Appreciation Mutual Fund | | None | | | Sell | 4/26 | K | | |
| 270.  -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/26 | L | E | |
| 271.  -Goldman Sachs Natural Resources | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272.  -Profunds Ultra Energy | | None | | | Sell | 4/26 | M | E | |
| 273.  -Dow Jones Transportation Index | A | Dividend | | | Buy | 2/16 | L | | |
| 274.  -Dow Jones Transportation Index | | | | | Sell | 4/26 | L | D | |
| 275.  -Ishares S Africa Index | | None | | | Buy | 2/23 | L | | |
| 276.  -Ishares S Africa Index | | | | | Sell | 6/1 | L | | |
| 277.  -Daimler Chrysler 7/5/2006 | | None | | | Buy | 5/30 | O | | |
| 278.  -Daimler Chrysler 7/5/2006 | | | | | Redemption | 7/5 | O | C | |
| 279.  -GECC 7/18/2006 | | None | | | Buy | 6/15 | M | | |
| 280.  -GECC 7/18/2006 | | | | | Redemption | 7/18 | M | A | |
| 281.  -GECC 9/7/2006 | | None | | | Buy | 7/6 | O | | |
| 282.  -GECC 9/7/2006 | | | | | Redemption | 9/7 | O | D | |
| 283.  -American Express 9/28/2006 | | None | | | Buy | 7/21 | M | | |
| 284.  -American Express 9/28/2006 | | | | | Redemption | 9/28 | M | B | |
| 285.  -Daimler Chrysler 11/16/2006 | | None | | | Buy | 9/8 | O | | |
| 286.  -Daimler Chrysler 11/16/2006 | | | | | Redemption | 11/16 | O | D | |
| 287.  -Daimler Chrysler 1/5/2007 | | None | M | T | Buy | 9/29 | M | | |
| 288.  -Daimler Chrysler 2/23/2007 | | None | O | T | Buy | 11/21 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. -Bldrs Emerging Mkts | A | Dividend | | | Buy | 2/22 | M | | |
| 290. -Bldrs Emerging Mkts | | | | | Sell | 6/9 | L | | |
| 291. Charles Schwab IRA #2 (includes 292-305) | | | | | | | | | |
| 292. -Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 293. -Pimco Total Return Fund | A | Dividend | | | Sell | 4/26 | J | | |
| 294. -Managers Fremont US Micro Cap Mutual Fund | | None | | | Sell | 4/26 | K | | |
| 295. -Gateway Mutual Fund | | None | | | Sell | 2/17 | J | A | |
| 296. -Tweedy Browne Global Value Mutual Fund | | None | | | Sell | 4/26 | J | B | |
| 297. -Meridian Value | | None | | | Sell | 4/26 | J | A | |
| 298. -Profunds US Govt | A | Dividend | | | Sell | 4/26 | K | | |
| 299. -Oppenheimer Real Asset | | None | | | Sell | 2/16 | J | A | |
| 300. -Capital Crossing 8/17/2006 | | None | | | Buy | 5/15 | L | | |
| 301. -Capital Crossing 8/17/2006 | | | | | Redemption | 8/17 | L | B | |
| 302. -Prosperity Bank 9/25/2006 | | None | | | Buy | 8/25 | L | | |
| 303. -Prosperity Bank 9/25/2006 | | | | | Redemption | 9/25 | L | A | |
| 304. -Seattle Savings 2/12/2007 | A | Dividend | K | T | Buy | 9/29 | K | | |
| 305. -Western Bank 4/4/2007 | | None | K | T | Buy | 9/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. 401k-Fidelity (previously Transamerica) | | None | O | T | | | | | |
| 307. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 308. JP Morgan Chase (formerly Bank One) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M | 06/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

This year we disposed of a very significant portion of our investments. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

  I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

  I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _____ 6-20-07 _____

NOTE: ANY IN[...]TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINA[...]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544